# BARCLAY DAMON<sup>LLP</sup>

**Jon P. Devendorf**
*Partner*

November 22, 2016

Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

Re:   <u>Pasini v. Fishs Eddy, LLC</u>
      C.A. No. 1:16-cv-00354

Dear Judge Gardephe:

      We represent Fishs Eddy, LLC ("Fishs Eddy") in the above-referenced matter, and write on behalf of both parties to respectfully request an additional ninety-day extension of informal discovery and discussions. Since the finalization of the Protective Order, Fishs Eddy has produced certain documents responsive to Plaintiff's request, and the parties have had meaningful discussions about a potential resolution of this matter. The parties believe that a ninety-day extension of informal discovery and discussions is necessary to allow both sides to present and consider their respective settlement positions, and have any follow up discussions that may be necessary. Should formal discovery and a scheduling order be necessary following the completion of this ninety-day period, the parties intend to provide the Court with their respective positions relative to discovery and discovery sequence, as discussed during the Rule 16 Conference with Your Honor, within ten days of the expiration of this ninety-day period.

      Thank you for your consideration of this matter.

Very truly yours,

*Jon P. Devendorf*

Jon P. Devendorf

JPD:jh